Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CAROL PROVANCHA**   6:12-CV-00923-SI

    Plaintiff,

    v.   ORDER FOR EAJA ATTORNEY FEES

Commissioner of Social Security,

    Defendant.

------------------------

    Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $7,257.73 and costs in the amount of $350.00 (filing fee). Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, _ U.S. _ (2010), payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

    It is so ORDERED

    Dated this 22nd day of 2013

                                              United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1